UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                :        **ORDER**

v.                                            :
                                                :        23 CR 602 (VB)
FELIZ NUNEZ PAULA,               :
                      Defendant.   :
--------------------------------------------------------------x

       By letter dated December 15, 2023, defendant moves for a modification of his existing bail conditions to permit him to travel to the Dominican Republic from December 24, 2023, to January 15, 2024. (Doc. #23). The government opposes the motion. (Doc. #25).

       The motion is DENIED.

       The restriction on international travel is necessary and appropriate here. The fact that defendant is a citizen of the Dominican Republic and has significant family ties there presents a risk of flight. The restriction on international travel is the least restrictive condition that will reasonably assure defendant's appearance in court as required, and he has presented no information that warrants removing that condition, even temporarily.

Dated: December 19, 2023
       White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge