UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

FELIX NUNEZ PAULA,
              Defendant.
--------------------------------------------------------------x

**ORDER**

23 CR 602 (VB)

2/22/24

      For the reasons stated on the record at today's pretrial conference, it is hereby ORDERED:

      1.     Expert discovery pursuant to Rule 16(a)(1)(G) and (b)(1)(C), as well as Rule 404(b) evidence, shall be disclosed by no later than September 20, 2024.

      2.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by September 20, 2024. Opposition to any motions in limine shall be filed by October 4, 2024. No replies will be permitted absent prior permission from the Court.

      3.     Proposed voir dire and requests to charge shall be filed by October 7, 2024. The parties are encouraged, to the extent possible, to agree on the requests to charge.

      4.     On the consent of the government, 3500 material and <u>Giglio</u> material shall be produced by October 7, 2024.

      5.     Marked government case-in-chief exhibits shall be produced by October 7, 2024.

      6.     The final pre-trial conference is scheduled for October 15, 2024, at 10:00 a.m.

      7.     Jury selection and trial is scheduled for October 21, 2024, at 9:30 a.m.

      8.     Time is excluded under the Speedy Trial Act in the interest of justice through October 15, 2024.

Dated: February 22, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge